

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. |
| | § | |
| BRITTANY ANN BARRON (1) | § | |
| JUAN EDGAR BARAJAS (2) | § | **4-13CR-081-Y** |
| a/k/a "Pelon" | § | |
| ROGELIO JIMENEZ (3) | § | U.S. DISTRICT COURT |
| CHRISTIAN GERARDO SANCHEZ (4) | § | NORTHERN DISTRICT OF TEXAS |
| MICHAEL STEVEN LEWIS, JR. (5) | § | FILED |
| a/k/a "Trouble" | § | |
| CARY WAYNE YEATHERMON (6) | § | MAY 1 5 2013 |
| TARA MICHELLE PERRY (7) | § | |
| JUSTIN WYATT LACKEY (8) | § | CLERK, U.S. DISTRICT COURT |
| NATHAN DILLON TAYLOR (9) | § | By _____ Deputy |

## INDICTMENT

The Grand Jury Charges:

### Count One

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or before June 2012, and continuing until on or about November 20,

2012, in the Fort Worth Division of the Northern District of Texas, and elsewhere,

defendants **Brittany Ann Barron, Juan Edgar Barajas,** also known as Pelon, **Rogelio**

**Jimenez,** and **Christian Gerardo Sanchez,** along with others, both known and unknown

to the grand jury, did knowingly and intentionally combine, conspire, confederate, and

agree to engage in conduct in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B), namely to

Indictment - Page 1

possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. § 841(a)(1) and (b)(1)(B)).

<u>Count Two</u>

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or before January 2013, and continuing until on or about April 15,

2013, in the Fort Worth Division of the Northern District of Texas, and elsewhere,

defendants **Michael Steven Lewis, Jr.,** also known as Trouble, **Cary Wayne**

**Yeathermon**, **Tara Michelle Perry**, **Justin Wyatt Lackey,** and **Nathan Dillon Taylor,**

along with others, both known and unknown to the grand jury, including Brittany Ann

Barron, not named as a defendant herein, did knowingly and intentionally combine,

conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. §

841(a)(1) and (b)(1)(B), namely to possess with intent to distribute 50 grams or more of a

mixture and substance containing a detectable amount of methamphetamine, a Schedule

II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. § 841(a)(1) and (b)(1)(B)).

A TRUE BILL.

_Ben L. Bowman_

FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_Shawn Smith_

SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas  76102
Telephone:  817.252.5200
Facsimile:  817.252.5455

**Indictment - Page 4**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

---

THE UNITED STATES OF AMERICA

VS.

BRITTANY ANN BARRON (1)
JUAN EDGAR BARAJAS (2)
a/k/a "Pelon"
ROGELIO JIMENEZ (3)
CHRISTIAN GERARDO SANCHEZ (4)
MICHAEL STEVEN LEWIS, JR. (5)
a/k/a "Trouble"
CARY WAYNE YEATHERMON (6)
TARA MICHELLE PERRY (7)
JUSTIN WYATT LACKEY (8)
NATHAN DILLON TAYLOR (9)

---

INDICTMENT

21 U.S.C. § 846 (21 U.S.C. § 841(a)(1) and (b)(1)(B))
Conspiracy to Possess with Intent to Distribute a Controlled Substance

(2 COUNTS)

---

A true bill rendered:

_Paul Brennan_

FORT WORTH                                              FOREPERSON

Filed in open court this 15th day of May, A.D. 2013.

---

Defendants Barron, and Yeathermon in Custody. Defendants Barajas, Jimenez, Sanchez,
Lewis, Jr., Perry, Lackey, and Taylor Warrant to Issue.

---

UNITED STATES DISTRICT JUDGE
(Magistrate Court Number: 4:13-MJ-242-BJ as
to Yeathermon, 4:13-MJ-275-BJ as to Barron)