ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 17 2013
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § No. 4:13-CR-081-Y |
| | § |
| NATHAN DILLON TAYLOR (9) | § |

## FACTUAL RESUME

**INDICTMENT:** Count Two: Conspiracy to Possess a Controlled Substance with intent to Distribute (methamphetamine)
(in violation of 21 U.S.C. §§ 846; 841(a)(1) and (b)(1)(B))

**PENALTY:** $5,000,000 fine - not less than 5 years imprisonment and not more than 40 years imprisonment, or both such fine and imprisonment, plus a term of supervised release of not less than 4 years.

**MAXIMUM PENALTY:**
$5,000,000 fine and not less than five (5) years imprisonment nor more than forty (40) years imprisonment, plus a term of supervised release of not less than 4 years. If the defendant violates any condition of supervised release, the Court may revoke such term of supervised release and require the defendant to serve an additional period of confinement. Further the Court must impose a Mandatory Special Assessment of $100.00.

**ELEMENTS OF THE OFFENSE:**
The essential elements which must be proved beyond a reasonable doubt in order to establish the offenses charged in Count Two of the Indictment are as follows:

First: That two or more persons, directly or indirectly, reached an agreement to distribute or possess with intent to distribute a controlled substance, as charged in the indictment;

Second: That the defendant knew of the unlawful purpose of the agreement;

Third: That the defendant joined in the agreement willfully, that is, with the intent to further its unlawful purpose; and

<u>Fourth</u>:   That the overall scope of the conspiracy involved at least 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

STIPULATED FACTS:

From before January 2013 to April 2013, in Fort Worth, Texas, and elsewhere, Michael Steven Lewis, Jr., supplied multi-ounce quantities of methamphetamine to Cary Wayne Yeathermon, Brittany Ann Barron, and Tara Michelle Perry, usually on consignment. Cary Wayne Yeathermon, Brittany Ann Barron, and Tara Michelle Perry in turn distributed methamphetamine to their own customers and returned money to Lewis. Nathan Dillon Taylor received multi-ounce quantities of methamphetamine from Yeathermon on a regular basis, usually on consignment. After Taylor sold whatever methamphetamine he received from Yeathermon, Taylor then returned a predetermined amount of money to Yeathermon. Justin Wyatt Lackey helped Lewis distribute methamphetamine to Yeathermon, Barron, Perry, and others by physically storing methamphetamine for Lewis or distributing methamphetamine to others at Lewis's direction. In this manner, Michael Steven Lewis, Jr., Justin Wyatt Lackey, Cary Wayne Yeathermon, Nathan Dillon Taylor, Brittany Ann Barron, and Tara Michelle Perry conspired with each other and others to possess with intent to distribute more than 50 grams of methamphetamine.

SIGNED this 9th day of July, 2013.

_____  _____
NATHAN DILLON TAYLOR              DOUGLAS GREENE
Defendant                         Counsel for Defendant